UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAMMY S. OSBY,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------X

**ORDER**

**23-cv-1731 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court notes that Plaintiff Tammy Osby is not currently represented by counsel (in other words, Ms. Osby is proceeding *pro se*). The Court is in receipt of Plaintiff's request for an extension to oppose Defendant's Motion to Dismiss. In the future, extension requests should include whether opposing counsel has consented to the request and the length of time needed for the extension. However, this extension request is GRANTED.

Plaintiff's opposition to the motion to dismiss is due by **October 20, 2023**. Defendant's reply is due by **November 3, 2023**.

SO ORDERED.

DATED:    New York, New York
              October 4, 2023

                                                                                  */s/ Jennifer E. Willis*
                                                                    JENNIFER E. WILLIS
                                                                    United States Magistrate Judge