USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TAMMY S. OSBY,

                              Plaintiff,

           -against-

CITY OF NEW YORK,

                             Defendant.

-----------------------------------------------------------------X

1:23-cv-1731-GHW-JW

ORDER

GREGORY H. WOODS, United States District Judge:

      On October 3, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 17, 2023. Dkt. No. 21. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's October 3 order forthwith, and in no event later than November 30, 2023.

      SO ORDERED.

Dated: October 31, 2023
New York, New York

                                             GREGORY H. WOODS
                                         United States District Judge