UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAMMY S. OSBY,

               Plaintiff,

     -against-

CITY OF NEW YORK,

              Defendant.
------------------------------------------------------------------X

**ORDER**

**23-cv-1731 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties were heard in a conference on December 13, 2023. For the reasons stated more fully on the record, this Court GRANTED Defendant's request to stay discovery in this action pending a ruling on pending motion to dismiss.

     SO ORDERED.

DATED:    New York, New York
              December 13, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge