UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAMMY S. OSBY,

                Plaintiff,                     **ORDER**

      -against-                     **23-cv-1731 (GHW) (JW)**

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This action was referred to this Court for general pretrial supervision, as well as for a Report and Recommendation on dispositive motions. Dkt. No. 10. The Court is in receipt of Plaintiff's letter at Dkt. No. 34. On December 13, 2023, the Parties were heard in an initial case management conference and this Court granted Defendant's request to stay discovery pending a ruling on the motion to dismiss at Dkt. No. 16. Dkt. No. 32. The motion is fully briefed, and this Court will issue a Report and Recommendation in due course.

      SO ORDERED.

DATED:    New York, New York
               February 5, 2024

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge