UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JONATHAN ALTER, et al.,                           :
                                                  :
                    Plaintiffs,                   :       23-CV-10211 (SHS) (OTW)
                                                  :
         -against-                                :
                                                  :
OPENAI INC., et al.,                              :       **ORDER**
                                                  :
                    Defendants.                   :
                                                  :
                                                  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there is an outstanding letter motion to compel at ECF 142. The motion at ECF 142 is a public, redacted version of an identical letter motion filed under seal at ECF 141. Because the Court denied ECF 141 at ECF 173, ECF 142 is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF 142.

**SO ORDERED.**

                                                           _s/ Ona T. Wang_
Dated: January 17, 2025                                    **Ona T. Wang**
       New York, New York                                  United States Magistrate Judge