```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
TAMMY S. OSBY,                                                 :
                                                               :
                              Plaintiff,                       :   1:23-cv-1731-GHW-JW
                                                               :
              -v-                                              :        ORDER
                                                               :
                                                               :
CITY OF NEW YORK,                                              :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 17, 2025, Judge Willis issued an order directing Ms. Osby to file a letter with the Court by February 18, 2025 "clarifying her intentions and proposed next steps regarding her state law claims." Dkt. No. 43. Judge Willis's January 17, 2025 order instructed: "If the Court does not receive a letter from Ms. Osby by February 18th, the Court will understand . . . that she no longer wishes to pursue her state law claims and wishes for them to be dismissed." *Id.*

The Court understands that the January 17, 2025 order was never mailed to Ms. Obsy. Accordingly, the deadline for Ms. Osby to file the letter described in the January 17, 2025 order is extended to April 4, 2025. If the Court does not receive a letter from Ms. Osby by April 4, 2025, the Court will understand that she no longer wishes to pursue her state law claims and wishes for them to be dismissed.

The Clerk of Court is directed to mail a copy of the order at Dkt. No. 43 and a copy of this order to Plaintiff by certified first-class mail.

SO ORDERED.

Dated: March 4, 2025
       New York, New York                        _____
                                                        GREGORY H. WOODS
                                                     United States District Judge