```
                                                        ┌─────────────────────────────┐
                                                        │ USDC SDNY                   │
                                                        │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                           │ DOC #: _____     │
-------------------------------------------------------- X  │ DATE FILED: 5/5/2025    │
                                                    :   └─────────────────────────────┘
TAMMY S. OSBY,                                      :
                                                    :
                            Plaintiff,              :           1:23-cv-1731-GHW-JW
                                                    :
            -v-                                     :                ORDER
                                                    :
                                                    :
CITY OF NEW YORK,                                   :
                                                    :
                            Defendant.              :
                                                    :
-------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On March 4, 2025, the Court issued an order in this case.  Dkt. No. 44.  The Court's order stated:  "If the Court does not receive a letter from Ms. Osby by April 4, 2025, the Court will understand that she no longer wishes to pursue her state law claims and wishes for them to be dismissed."  *Id.*

The plaintiff wrote a letter to the Court, which is dated March 31, 2025.  Dkt. No 45.  In her letter, the plaintiff stated that although she had previously "request[ed] that my case would be dismissed," she wished to have additional time to respond to the Court's March 4, 2025 order.  *Id.*

The plaintiff's March 31, 2025 letter was not filed with the Court until May 3, 2025.  Dkt. Nos. 45, 46.  As of the date of this order, over a month has passed since the plaintiff's March 31, 2025 request for an extension of time.  Accordingly, the Court extends the deadline for the plaintiff to respond to the Court's March 4, 2025 order to May 17, 2025—a month and a half after her request.

If the Court does not receive a letter from the plaintiff asking to withdraw her previous request to voluntarily dismiss this action by May 17, 2025, the Court will dismiss her remaining claims without prejudice.

The Clerk of Court is directed to mail a copy of this order to the plaintiff by certified first-class mail.

SO ORDERED.

Dated:  May 5, 2025
        New York, New York

_____
GREGORY H. WOODS
United States District Judge

2