**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TAMMY S. OSBY,

                      Plaintiff,

   -against-                                        23 **CIVIL** 1731 (GHW) (JW)

                                                              **JUDGMENT**

CITY OF NEW YORK,

                    Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 23, 2025, Plaintiff has voluntarily dismissed her remaining state law claims without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). In conclusion, as described above, Plaintiffs claims arising under the ADEA and the ADA were previously dismissed with prejudice. Any claims arising under state or city law, in particular under the NYSHRL and the NYCHRL, are dismissed without prejudice. Judgment is hereby entered in favor of the Defendant and the case is closed.

**Dated:**  New York, New York

       May 23, 2025

                                                            **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                **BY:**
                                                              **Deputy Clerk**